UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY L. PARKER,

    Petitioner,

-vs-                                        CASE NO.   8:16-cv-3483-WFJ-AEP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER**

This matter is before the Court on review of the file. Mr. Parker raised seven grounds in his petition for the writ of habeas corpus (See Doc. 1). However, in his reply he makes argument solely in support of Ground Seven and appears to concede Grounds One through Six are procedurally barred from review or lack merit (See Doc. 48).[1] Accordingly, by November 20, 2023, Mr. Parker must file a notice clarifying whether he concedes Grounds One through Six warrant no relief and will proceed solely on Ground Seven.

**ORDERED** in Tampa, Florida on November 13, 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

---

[1] In his reply, Mr. Parker states "While Parker raised several grounds in support of his habeas petition, he acknowledges that certain of these issues were not exhausted or are not cognizable in these proceedings. Ground Seven [Ground 2(b)] of Parker's 2254 Petition asserted that his counsel performed ineffectively by failing to preserve Parker's objection to the State's closing argument, Doc. 1 at 27-33. This issue was exhausted in state court, Doc. 45 Ex. 11 at 22-28; Ex. 15 at 17-19, and, for the reasons discussed below, has merit." (Doc. 48, footnote on p. 1).